UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE L. MATTICOLA )<br>PSC 78, Box 3601 )<br>APO AP 96326 )<br>  )<br>           *Plaintiff*, )<br>  )<br>v.   )<br>  )<br>DEPARTMENT OF THE AIR FORCE, )<br>The Pentagon )<br>Washington, D.C.  20330-1000 )<br>  )<br>           *Defendant*. ) | Civil Action No. |

COMPLAINT
(Privacy Act, 5 U.S.C. § 552a)

### *Jurisdiction*

1. This Court has jurisdiction under 28 U.S.C. § 1331 and 5 U.S.C. § 552a(g)(1), which provides for redress in the District Courts based upon violations of the Privacy Act.  A damages award is requested for the harm caused by the unlawful and intentional release of information maintained by the Defendant.

### *Venue*

2. Venue is proper under 5 U.S.C. § 552a(g)(5).

### *Parties*

3. Plaintiff is a United States citizen and resides at the address stated in the caption.

4. Defendant, Department of the Air Force, is an agency of the United States that maintains records as provided for under the Privacy Act.

***Statute of Limitations***

5. Under the Privacy Act, suit must be brought within two years of the date on which the action arises or when the Plaintiff learns of the illegal disclosure of this information. 5 U.S.C. § 552a(g)(5). Plaintiff learned of the illegal disclosure in this case on March 18, 2006. Therefore the complaint is timely filed.

***Statutory Framework***

6. As defined in the Privacy Act, "maintain" includes various record keeping functions to which the Act applies: i.e. maintaining, collecting, using, and disseminating.

7. In turn, this connotes control over and responsibility and accountability for systems of records. 5 U.S.C. § 552a(a)(3).

8. The Air Force maintains medical records for both active duty and retired military personnel and as such has control over and responsibility and accountability for these systems of records. 5 U.S.C. § 552a(a)(3).

***The unlawful and intentional Release of Information
Maintained by the Air Force in Ms. Matticola's case***

9. In September 2005, while living at Yakota Air Force Base in Yakota, Japan, Plaintiff underwent certain medical tests, which were administered by medical personnel at the United States Air Force Base Hospital.

10. Approximately two weeks later, Plaintiff was informed of the test results and that those tests confirmed that she had tested positive for a disease.

11. On March 18, 2006, plaintiff went to the Enlisted Club, located on the base, to socialize with friends.

12. While at the Enlisted Club, Plaintiff was involved in a contentious verbal altercation with

SSgt Tori Wahln-Johnson, USAF, who was assigned to the United States Air Force Base hospital. The incident escalated to the point that SSgt Wahln-Johnson publicly and maliciously revealed that Plaintiff had tested positive for this infection. SSG Wahln-Johnson knew this information based upon medical records the Air Force maintained regarding the Plaintiff.

13. SSgt Wahln-Johnson did not request Plaintiff's permission before disclosing the information.

14. SSgt Wahln-Johnson intentionally and unlawfully disclosed information maintained by the Air Force regarding the Plaintiff.

15. Plaintiff was severely traumatized by SSgt Wahln-Johnson's disclosure of her medical condition. She has suffered both economic and non-economic damagaes.

*Cause of Action*

16. The averments of the preceding paragraphs are incorporated herein.

17. The United States Air Force Base Hospital, Yokota, Japan, acting for the Defendant, maintained records within the meaning of the Privacy Act regarding Plaintiff's health status.

18. Agents of the United States Air Force Base Hospital, Yokota, Japan, acting for the Defendant, intentionally and unlawfully disseminated specific information covered under the Privacy Act to individuals who had no need to know this information.

19. The intentional and unlawful dissemination of this information caused Plaintiff pecuniary loss and physical and mental injury and suffering.

20. Defendant is liable to Plaintiff for this unlawful and intentional disclosure as provided for under the Privacy Act.

*Prayer for Relief*

WHEREFORE Plaintiff prays that judgment be entered:

(a) awarding her monetary damages for the unlawful release of her records which caused her severe injury;

(b) awarding reasonable attorney's fees and costs of this action in accordance with the Privacy Act, U.S.C. § 552a(g)(2)(B); and

(c) such other and further relief as may, in the circumstances, be just and proper.

Respectfully submitted,

David P. Sheldon (446039)
Law Offices of David P. Sheldon, PLLC
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575

*Attorney for Plaintiff*

# CIVIL COVER SHEET

JS-44
(Rev. 2/01 DC)

**I (a) PLAINTIFFS**

Christine L. Matticola

**DEFENDANTS**

Department of the Air Force

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: In land condemnation cases, use the location of the tract of land involved.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Law Offices of David P. Sheldon, P.L.L.C.
512 8th Street, S.E.
Washington, D.C. 20003

ATTORNEYS (IF KNOWN)

**II BASIS OF JURISDICTION**
(SELECT ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
● 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (SELECT ONE FOR PLAINTIFF AND ONE FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY!)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Select one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**

☐ 410 Antitrust

**○ B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other)        OR        ○ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

|  |  |  |  |
|---|---|---|---|
| ○ G. Habeas Corpus/2255<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. Employment Discrimination<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ◉ I. FOIA/PRIVACY ACT<br><br>☐ 895 Freedom of Information Act<br>☒ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ○ J. Student Loan<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. Labor/ERISA (non-employment)<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. Other Civil Rights (non-employment)<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ○ M. Contract<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ○ N. Three-Judge Court<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
◉ 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi district Litigation ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 U.S.C. Section 552a, The Privacy Act. Unlawful disclosure of medical records to parties with no need to know the information.

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Select YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE February 13, 2007   SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.