## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTINA L. MATTICOLA | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07CV00338 |
| | ) | |
| DEPARTMENT OF THE AIR FORCE, | ) | |
| | ) | The Honorable |
| *Defendant.* | ) | Judge Colleen Kollar-Kotelly |

### PLAINTIFF'S NOTICE OF ERRATA

Plaintiff, Christina L. Matticola, hereby submits this Errata to amend two errors in the docketing of her Complaint submitted on Tuesday, February 13, 2007. The Complaint erroneously referred to Ms. Matticola as "Christine" when her name should have been spelled as "Christina." In addition, the word "Yakota" was incorrectly written as "Yokota." Future filings will reflect the aforementioned corrections.

.

Respectfully submitted,

/s/

David P. Sheldon (446039)
Law Offices of David P. Sheldon
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575

*Attorney for Plaintiff*

March 6, 2007