UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTINE L. MATTICOLE** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 07-0338 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| **U.S. DEPARTMENT OF THE AIR FORCE** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Judith A. Kidwell as counsel for defendant in the above-captioned case.

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th St., N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250