UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINA L. MATTICOLA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0338 (CKK) |
| DEPARTMENT OF THE AIR FORCE, | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT
OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, Department of the Air Force, through its undersigned attorneys, hereby respectfully requests an enlargement of time, to and including April 16, 2007, within which to file a response to Plaintiff's Motion for Partial Summary Judgment.

Defendant's response is presently due on April 6, 2007.  This is Defendant's first request for an enlargement of time for this purpose.  Plaintiff does not oppose this motion.

There is good cause for this motion.  The events alleged in Plaintiff's Complaint occurred in Yakota, Japan, and witnesses and records are not readily available to Defendant's counsel in Washington, D.C.   It will, therefore, be necessary to review files and information being forwarded from Japan in order to respond to Plaintiff's Motion for Partial Summary Judgment. The Department of the Air Force has advised undersigned counsel that it will take several weeks to retrieve these files and obtain relevant information.

Accordingly, undersigned counsel, is requesting this additional time to file a response to Plaintiff's Motion for Partial Summary Judgment.  At this time, Defendant cannot anticipate

whether or not further requests for additional time will be necessary.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted. A proposed order is included with this motion.

> Respectfully submitted,
>
> _____
> JEFFREY A. TAYLOR, D.C. BAR # 498610
> United States Attorney
>
> _____
> RUDOLPH CONTRERAS, D.C. BAR # 434122
> Assistant United States Attorney
>
> _____
> JUDITH A. KIDWELL
> Assistant United States Attorney
> 555 Fourth Street, N.W.- Civil Division
> Room E4905
> Washington, D.C. 20530
> (202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINA L. MATTICOLA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0338 (CKK) |
| DEPARTMENT OF THE AIR FORCE, | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION OF Defendant's Unopposed Motion for An Enlargement of Time to file a response to Plaintiff's Motion for Partial Summary Judgment, it is this _____ day of _____, 2007,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHERED ORDERED** that Defendant shall have until and including **April 16, 2007**, to file a response to Plaintiff's Motion for Partial Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE