UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTINA L. MATTICOLA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-0338 (CKK) |
| DEPARTMENT OF THE AIR FORCE, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, Department of the Air Force, through its undersigned attorneys, hereby respectfully requests an additional three-day enlargement of time, to and including April 19, 2007, within which to file a response to Plaintiff's Motion for Partial Summary Judgment.

Defendant's response is presently due on April 16, 2007. This is Defendant's second request for an enlargement of time for this purpose. Plaintiff does not oppose this motion.

There is good cause for this motion. The events alleged in Plaintiff's Complaint occurred in Japan, and witnesses and records are not readily available to Defendant's counsel in Washington, D.C. Defendant has recently received information from a witness in Japan that suggests that the disclosure in this case did not come from a system of records protected by the Privacy Act. Accordingly, Defendant is requesting this additional time so that counsel can review the witnesses' information and, if appropriate, file a response to Plaintiff's Motion for Partial Summary Judgment.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted. A proposed order is included with this motion.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINA L. MATTICOLA,  )<br>  )<br>  Plaintiff,  )<br>  )<br> v.  )<br>  )<br> DEPARTMENT OF THE AIR FORCE,  )<br>  )<br>  Defendant.  )<br>  ) | Civil Action No. 07-0338 (CKK) |

## ORDER

UPON CONSIDERATION OF Defendant's Unopposed Motion for An Enlargement of Time to file a response to Plaintiff's Motion for Partial Summary Judgment, it is this _____ day of April, 2007,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHERED ORDERED** that Defendant shall have until and including **April 19, 2007**, to file a response to Plaintiff's Motion for Partial Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE