UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINA L. MATTICOLA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0338 (CKK) |
| DEPARTMENT OF THE AIR FORCE, | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED THIRD MOTION FOR AN ENLARGEMENT
OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO FILE
DEFENDANT'S ANSWER OR RESPONSE TO COMPLAINT**

Defendant, Department of the Air Force, through its undersigned attorneys, hereby respectfully requests an enlargement of time, to and including April 30, 2007, within which to file a response to Plaintiff's Motion for Partial Summary Judgment and to file Defendant's Answer or other Response to Plaintiff's Complaint.

Defendant's response to Plaintiff's Motion for Partial Summary Judgment is presently due on April 19, 2007.  Defendant's Answer is due on April 23, 2007.  This is Defendant's third request for an enlargement of time to respond to Plaintiff's Motion for Partial Summary Judgment.  This is Defendant's first request for an enlargement of time to file an Answer or other response to Plaintiff's Complaint.  Plaintiff does not oppose this motion.

There is good cause for this motion.  The events alleged in Plaintiff's Complaint occurred in Japan, and witnesses and records are not readily available to Defendant's counsel in Washington, D.C.  Defendant had recently received information from a witness in Japan that suggests that the disclosure in this case did not come from a system of records protected by the

Privacy Act. Defendant is attempting to secure an affidavit from this witness, but because of the time difference between Japan and Washington, D.C., Defendant cannot secure the affidavit by April 19, 2007, to file with a response to Plaintiff's Motion for Partial Summary Judgment. In addition, Defendant is attempting to interview a witness in California, who was previously unavailable, but may have information in regard to the issues in this case.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted. A proposed order is included with this motion.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTINA L. MATTICOLA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF THE AIR FORCE,** )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0338 (CKK) |

### ORDER

UPON CONSIDERATION OF Defendant's Unopposed Motion for An Enlargement of Time to file a response to Plaintiff's Motion for Partial Summary Judgment and to file Defendant's Answer or other response to Plaintiff's Complaint, it is this _____ day of April, 2007,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHERED ORDERED** that Defendant shall have until and including **April 30, 2007**, to file a response to Plaintiff's Motion for Partial Summary Judgment and to file Defendant's Answer or other response to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE