# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

CHRISTINA L. MATTICOLA,      )
                                     )
      Plaintiff,          )
                                     )
      v.                     )     Civil Action No. 07-0338 (CKK)
                                     )
DEPARTMENT OF THE AIR FORCE,   )
                                     )
      Defendant.      )
_____)

## DEFENDANT'S UNOPPOSED FOURTH MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND SECOND MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S ANSWER OR RESPONSE TO COMPLAINT

Defendant, Department of the Air Force, through its undersigned attorneys, hereby respectfully requests an enlargement of time, to and including May 2, 2007, within which to file a response to Plaintiff's Motion for Partial Summary Judgment and to file Defendant's Answer or other Response to Plaintiff's Complaint.

Defendant's response to Plaintiff's Motion for Partial Summary Judgment is presently due on April 30, 2007. Defendant's Answer is also due on April 30, 2007. This is Defendant's fourth request for an enlargement of time to respond to Plaintiff's Motion for Partial Summary Judgment. This is Defendant's second request for an enlargement of time to file an Answer or other response to Plaintiff's Complaint. Plaintiff does not oppose this motion.

There is good cause for this motion. The events alleged in Plaintiff's Complaint occurred in Japan, and witnesses and records have not been readily available to Defendant's counsel in Washington, D.C. However, Defendant's agency counsel has obtained a declaration from one of

the primary witnesses to the events alleged in Plaintiff's complaint.  Her version of the events in

Japan suggests that the disclosure in this case did not come from a system of records protected by

the Privacy Act.   In additional, agency counsel has spoken to the individual who allegedly made

the improper disclosure in this matter and agency counsel will also be providing a declaration to

be filed with Defendant's response.

Unfortunately, Defendant's agency counsel cannot be reached, and Defendant's counsel is

experiencing technical problems with the computer transmission of these declarations.  Out of an

abundance of caution, Defendant seeks an unopposed two-day enlargement of time.

For the foregoing reasons, Defendant respectfully requests that this motion for an

enlargement of time be granted.  A proposed order is included with this motion.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CHRISTINA L. MATTICOLA,** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | )   **Civil Action No. 07-0338 (CKK)** |
|  | ) |
| **DEPARTMENT OF THE AIR FORCE,** | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

## <u>ORDER</u>

UPON CONSIDERATION OF Defendant's Unopposed Motion for An Enlargement of

Time to file a response to Plaintiff's Motion for Partial Summary Judgment and to file

Defendant's Answer or other response to Plaintiff's Complaint, it is this _____ day of ____,

2007,

ORDERED that Defendant's motion is **GRANTED**; and it is

**FURTHERED ORDERED** that Defendant shall have until and including **May 2**, **2007**,

to file a response to Plaintiff's Motion for Partial Summary Judgment and to file Defendant's

Answer or other response to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE