## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| CHRISTINA L. MATTICOLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 07-0338 (CKK) |
| | ) |
| DEPARTMENT OF THE AIR FORCE, | ) |
| | ) |
| Defendant. | ) |

_____ )

### DEFENDANT'S ANSWER

The Defendant, U.S. Department of the Air Force, by and through undersigned counsel, hereby responds to the Plaintiff's complaint as follows:

### The Complaint

The Defendant answers the numbered paragraphs of the Plaintiff's complaint by denying the allegations contained therein, except as expressly admitted as follows:

### Jurisdiction

1.    Paragraph 1 contains the Plaintiff's jurisdictional statement to which no answer is required.  Insofar as an answer may be deemed necessary, paragraph 1 is denied.

### Venue

2.    Paragraph 2 contains the Plaintiff's allegations of venue to which no answer is required.  Insofar as an answer may be deemed necessary, paragraph 2 is denied.

### Parties

3.    Admit.

4.    Admit.

**Statute of Limitations**

5.     The Defendant is without information sufficient to enable the Defendant to admit or deny the allegations in this paragraph.

**Statutory Framework**

6.     Admit.

7.     Admit.

8.     Admit

9.     Admit.

10.     Admit.

11.     Deny, except to admit that the Plaintiff was in the Enlisted Club at the Yokota Air Force Base in Yokota, Japan on March 18, 2006.

12.     Deny, except to admit that the Plaintiff and SSgt Waln were involved in an altercation at the Enlisted Club, during which SSgt Waln stated that the Plaintiff had chlamydia, and SSgt Waln did work at the USAF hospital.

13.     Deny as stated, except to admit that SSgt Waln did not request Plaintiff's permission before repeating the public information that the Plaintiff had a STD.

14.     Deny.

15.     Deny, and aver that the Plaintiff had voluntarily disclosed the information concerning her STD to other individuals, that the Plaintiff was upset that she had contracted a STD from her husband and that the Plaintiff was upset that her husband had been unfaithful.

16.     This paragraph incorporates the averments set forth in the previous paragraphs. To the extent that a response is required, and except to the extent admitted in paragraphs 1 through

2

15, the Defendant denies same.

17.    Admit.

18.    Deny.

19.    Deny.

20.    Deny.

## **Prayer for Relief**

The remainder of the Plaintiff's complaint contains her prayer for relief, to which no

answer is necessary, but to the extent that an answer may be deemed necessary, it is denied.

The Defendant hereby specifically denies each and every allegation contained in the

Plaintiff's complaint not hereinbefore answered.

Respectfully submitted,


  /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


          /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250


Of Counsel:
Captain Kyle Little
Trial Attorney
U.S. Department of the Air Force