UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINA L. MATTICOLA ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 1:07CV00338 |
| ) | |
| DEPARTMENT OF THE AIR FORCE, ) | |
| ) | The Honorable |
| *Defendant*. ) | Judge Colleen Kollar-Kotelly |

**PLAINTIFF'S UNOPPOSED MOTION TO FILE A REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, Christina L. Matticola, pursuant to Fed. R. Civ. P. 56 and LCvR 7, hereby moves for a thirty day enlargement of time until June 6, 2007 to file a reply to Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment. Plaintiff has consulted with Defendant's counsel who has indicated that Defendant does not oppose this motion.

Defendant filed its Opposition to Plaintiff's Motion for Summary Judgment on May 2, 2007. Plaintiff's Reply is thus due on May 7, 2007 under LCvR 7(d). Plaintiff's counsel has a significant caseload. Defendant's Opposition raises matters that need to be investigated fully in order to file a Reply. Good cause is thus shown for this enlargement of time.

Respectfully submitted,

/s/ David P. Sheldon

David P. Sheldon (446039)
Law Offices of David P. Sheldon
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575
*Attorney for Plaintiff*

May 7, 2007