UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINA L. MATTICOLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-0338 (CKK) |
| | ) |
| DEPARTMENT OF THE AIR FORCE, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO FILE DEFENDANT'S REPLY**

The Defendant, Department of the Air Force, through its undersigned attorneys, hereby respectfully requests an enlargement of time to file its Reply,[1] until 10 days after the Court issues a decision on the Defendant's Motion to Strike, In Part, the Plaintiff's Declaration.  The Defendant's Reply is currently due June 18, 2007.

This is the Defendant's first request for an enlargement of time to file its Reply.  The Plaintiff does not oppose this motion.

There is good cause for this motion.  The Plaintiff filed a motion for partial summary judgment on March 19, 2007, without any supporting affidavits or exhibits.  The Defendant filed its opposition and, in the alternative, moved pursuant to Fed. R. Civ. P. 56(f), for a continuance of the briefing schedule. The Plaintiff filed her opposition and response on June 6, 2007, with her declaration as an exhibit.  The Defendant has now moved to strike, in part, the Plaintiff's declaration, and the Court's ruling on this motion will have an impact on the substance of the

---

[1] The Defendant's reply will be to the Plaintiff's response to the Defendant's motion for a continuance of the briefing schedule.

arguments to be made in the Defendant's reply.

For the foregoing reasons, the Defendant respectfully requests that this motion for an enlargement of time be granted, and that the due date for the Defendant's reply be 10 days after the Court rules on the Defendant's Motion to Strike, In Part, the Plaintiff's Declaration.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250