UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINA L. MATTICOLA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0338 (CKK) |
| DEPARTMENT OF THE AIR FORCE, | ) |
| Defendant. | ) |

**JOINT LOCAL RULE 16.3 REPORT**

This is an action brought under the Privacy Act, 5 U.S.C. § 552a, for damages in connection with Defendant's alleged unauthorized dissemination of information concerning Plaintiff's medical condition.

Defendant submits that any disclosure of information concerning Plaintiff's medical condition did not come from a record or a system of records maintained by Defendant and protected by the Privacy Act, and that Defendant is not liable to Plaintiff for any damages.

The parties, having conferred by telephone and email, hereby provide this Report to the Court, in accordance with Local Rule 16.3(d).

Pursuant to Local Rule 16.3(c), the Parties report as follows:

1. **Dispositive Motion**: The parties agree that all or part of this case may be resolved by dispositive motion either before or following the completion of discovery.

2. **Joinder of Parties, Amendment of Pleadings or Issues Narrowed**: At this time, the

parties do not anticipate that additional parties need to be joined or pleadings amended. The parties do not believe that issues in the case can be further narrowed prior to discovery.

   3. **Assignment to a Magistrate Judge**:   Defendant thinks that it is too early to assess whether this case should be assigned to a magistrate judge for all purposes, including trial. Plaintiff does not consent to referral of this case to a magistrate for purposes other than mediation.

   4. **Possibility of Settlement**:   It is unclear at this time whether there is a realistic possibility of settling this case; however, both parties are open to discussion.

   5. **Alternative Dispute Resolution ("ADR")**: The parties do not think that ADR would be useful.

   6. **Resolution by Summary Judgment or Motion to Dismiss**:   The parties intend to file motions for summary judgment. The parties propose that the deadline for any dispositive motions and/or cross-motions be sixty days after the close of discovery. Any oppositions or replies should be filed in accordance with the Rules of this Court.

   7**. Initial Disclosures**:   The Parties agree to exchange Initial Disclosures by August 31, 2007.

   8. **Discovery**:   Discovery may need to be conducted in Japan. Therefore, Plaintiff proposes that discovery be completed by April 15, 2008. Defendant proposes that discovery be completed by March 1, 2008.

   Plaintiff proposes up to fifteen (15) depositions for each party. Defendant proposes up to ten (10) depositions for each party.

   The parties propose thirty (30) interrogatories for each party.

The parties propose that a Protective Order be filed with the Court. The parties agree to discuss any anticipated electronic discovery and the need for any additional agreements, including a nonwaiver of privilege agreement, regarding electronic discovery.

9. **Exchange of Expert Witness Information**: Should this case be scheduled for trial, the parties may need expert testimony. The parties propose that the requirements of Fed. R. Civ. P. 26(a)(2) be modified as follows:

> A party proposing to use an expert witness shall designate any experts and serve expert reports 30 calendar days before the end of discovery, and the opposing party shall name responsive experts within 30 calendar days thereafter. Depositions of experts may be taken within 45 calendar days of service of experts' reports.

10. **Class Action Procedures**: Not applicable.

11. **Bifurcation of Trial and/or Discovery**: The parties do not believe that it is unnecessary to bifurcate or manage the trial in phases.

12. **Date for Pretrial Conference**: The parties propose that the pretrial conference not be scheduled until after the close of discovery and after the Court has ruled on any dispositive motions.

13. **Trial Date**: The parties propose that the trial date be scheduled at the pretrial conference.

14. **Other Matters**: None

Respectfully submitted,

| | |
|---|---|
| _/s/_____<br>DAVID P. SHELDON<br>D.C. Bar #446039<br>Law Offices of David P. Sheldon, PLLC<br>Barracks Row<br>512 8th Street, S.E.<br>Washington, DC 20003<br>(202) 546-9575<br>*Attorney for Plaintiff* | _/s/_____<br>JEFFREY A. TAYLOR, D.C. Bar #498610<br>United States Attorney<br><br>_/s/_____<br>RUDOLPH CONTRERAS<br>D.C. Bar #434122<br>Assistant United States Attorney<br><br>_/s/_____<br>JUDITH A. KIDWELL<br>Assistant United States Attorney<br>555 4th St., N.W.- Room E4905<br>Washington, D.C. 20530<br>(202) 514-7250<br><br>*Attorneys for Defendant* |