UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        :
**CHRISTINE L. MATTICOLA**              :
                                        :
    Plaintiff         :
                                        :
    v.                :    Civil Action No.  **07cv00338**
                                        :    Judge Colleen Kollar-Kotelly
**DEPARTMENT OF THE AIR FORCE**         :
                                        :
    Defendant         :
_____         :

**ORDER**

On August 2, 2007, the Court received notice from David Sheldon, counsel for plaintiff, that the parties have reached a settlement in principle.

Accordingly, it is this __2nd__ day of August, 2007,

**ORDERED** that this case is **DISMISSED**.  The dismissal shall be without prejudice for a period of 30 days from the date of this Order [until September 4, 2007].  Should counsel fail to move to extend or to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed **with** prejudice.

                                              /s/
                                  JUDGE COLLEEN KOLLAR-KOTELLY
                                    United States District Judge