UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINA L. MATTICOLA,<br><br>        Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE AIR FORCE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-0338 (CKK)<br>)<br>)<br>)<br>)<br>) |

## VOLUNTARY STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL

The Parties to this action, Christina L. Matticola ("Plaintiff") and the United States Department of the Air Force ("Defendant"), (collectively "the Parties") hereby enter into the following Voluntary Stipulation of Settlement and Order of Dismissal ("Stipulation"), in order to resolve the matters in dispute in the above-styled action without further expense or delay. In consideration of the mutual promises, covenants, and conditions herein, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Plaintiff and Defendant unconditionally agree to the following terms of settlement:

1. Plaintiff and Defendant enter into this Stipulation in order to make full and final settlement of any and all matters that Plaintiff has raised or could have raised in this action. Plaintiff agrees to accept the terms set forth herein in full satisfaction of any and all claims, demands, rights and causes of action of any nature based upon and related to this cause of action with Defendant up to the date Plaintiff signs this Stipulation, including, but not limited to, the claims asserted or that could have been asserted in the above-styled action.

2. Defendant shall, without any admission of liability and subject to the conditions

and limitations set forth herein, pay to Plaintiff the gross sum of twenty-five thousand dollars ($25,000). The payment of this sum shall be made by electronic transfer to the trust account of Plaintiff's attorney, David P. Sheldon. The Parties agree that this sum is the total sum that shall be paid by Defendant to Plaintiff. The Parties agree that each party shall bear their own costs and attorney fees.

    3.    This Stipulation shall represent the full and complete satisfaction of all of Plaintiff's claims arising from the allegations set forth in the complaint filed in this action, including, but not limited to, all claims of violations of the Privacy Act, and all claims for damages or equitable relief. Without limitation, this Stipulation constitutes full and complete satisfaction of all of Plaintiff's claims for compensatory damages, punitive damages, costs, attorney's fees, and interest or any other type of damages or compensation.

    4.    By signing this Stipulation, Plaintiff waives, releases, and abandons any and all claims, whether asserted or not, against Defendant and its agents, servants, employees, or former employees that arose out of the events alleged in this action or that could have been brought as a result of the conduct alleged in Plaintiff's complaint, including, but not limited to, claims made in the above-styled action and any other claim or complaint filed or pending in any other forum. This Stipulation shall also include all of Plaintiff's claims for costs and attorney fees incurred in connection with this action or in connection with any other action or proceeding involving the events alleged and claims asserted in this action.

    5.    Plaintiff agrees not to institute any other actions, complaints, charges, appeals, or other proceedings against Defendant or any of Defendant's present or former employees, officers, agents or representatives concerning any matter related to the claims made in this action.

6. Plaintiff acknowledges that she has read this entire Stipulation and that she understands all of its terms and conditions. Plaintiff acknowledges that her attorney, David P. Sheldon, has reviewed and explained the provisions of this Stipulation to her satisfaction and that Defendant has provided reasonable and sufficient time for this purpose.

7. Execution of this Stipulation shall not constitute a finding by the Court or an admission by Defendant that Defendant or any of its employees or former employees, officers, or agents engaged in any wrongful conduct or violated the Privacy Act or any other laws or regulations alleged in the complaint or other pleadings filed in this action.

8. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), execution of this Stipulation by Plaintiff, Plaintiff's counsel and counsel for Defendant shall constitute a dismissal of this action with prejudice, effective upon approval by the Court. Any dispute, claim, or controversy concerning the provisions of this Stipulation may be enforced by the United States District Court for the District of Columbia.

9. This Stipulation shall be binding upon and inure to the benefit of the Parties and their respective successors and assigns.

10. The Parties agree that this Stipulation may be executed on facsimile copies, each of which shall be deemed original signatures of the Parties and their counsel.

11. The Parties acknowledge that they understand that this Stipulation contains the entire agreement between Plaintiff and Defendant; that no promises or inducement have been made, except as set forth herein; and that no representations, oral or otherwise, between Plaintiff and Defendant, or their respective counsel, not included herein, shall be of any force or have any effect.

IN WITNESS WHEREOF, the Parties hereto, intending to be legally bound, through their respective counsel of record, have stipulated and agreed to the foregoing.

Respectfully submitted,

____/s/_____  
CHRISTINA L. MATTICOLA  
Plaintiff

_____/s/_____  
JEFFREY A. TAYLOR, D.C. BAR # 498610  
United States Attorney

____/s/_____  
DAVID P. SHELDON  
D.C. BAR # 446039  
Barracks Row  
512 8th Street, S.E.  
Washington, DC 20003  
Phone: (202) 546-9575

_____/s/_____  
RUDOLPH CONTRERAS, D.C. BAR # 434122  
Assistant United States Attorney

Attorney for Plaintiff

_____/s/_____  
JUDITH A. KIDWELL  
Assistant United States Attorney  
555 Fourth Street, N.W.  
Civil Division  
Washington, DC 20530  
Phone: (202) 514-7250

Attorneys for Defendant

SO ORDERED, this ___20th___ day of August 2007.

_____  
COLLEEN KOLLAR-KOTELLY  
U.S. District Court Judge

4